FILED'09 AUG 19 14:14 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROSELINDA M. KESLER,                              08-CV-6104-PK

        Plaintiff,                              ORDER

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.


**KATHRYN TASSINARI**
**MARK A. MANNING**
Harder Wells Baron & Manning, P.C.
474 Willamette St., Suite 200
Eugene, OR 97401
(541) 343-4527

        Attorneys for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**ADRIAN L. BROWN**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204
(503) 727-1000


1 - ORDER

**DAVID MORADO**
Office of the General Counsel
**TERRYE ERIN SHEA**
Special Assistant United States Attorney
701 Fifth Avenue, Suite 2900 MS/901
Seattle, WA  98104
(206) 615-2271

      Attorneys for Defendant

**BROWN, Judge.**

      Magistrate Judge Paul Papak issued Findings and Recommendation (#21) on July 28, 2009, in which he recommends the Court affirm the Commissioner's decision denying Plaintiff's continuing Supplemental Security Income benefits and dismiss this matter with prejudice.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

      Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983).  Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

      The Court **ADOPTS** Magistrate Judge Papak's Findings and

Recommendation (#21). Accordingly, the Court **AFFIRMS** the Commissioner's decision and **DISMISSES** this matter **with prejudice**.

IT IS SO ORDERED.

DATED this 18 day of August, 2009.

_____
ANNA J. BROWN
United States District Judge

3 - ORDER